DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.H.W.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1135

[December 19, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert Meadows, Judge; L.T. Case Nos. 562016CJ000915C, 562017CF00218C and 562019CJ000010B.

Carey Haughwout, Public Defender and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***